IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN O'NEAL MEREDITH
#139383                                                                                   PLAINTIFF

v.                              No. 4:22-cv-1075-DPM

GURUN, Officer, Hot Spring County
Sheriff's Office and CHANEY, Deputy,
Hot Spring County Sheriff's Office                                         DEFENDANTS

ORDER

Meredith submitted this 42 U.S.C. § 1983 case for filing in this judicial district. From the facts alleged and the Defendants named, venue properly lies in the Western District of Arkansas. 28 U.S.C. § 1391(b). The Court finds that the interests of justice would be best served by transferring this case. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer the entire case file to the United States District Court for the Western District of Arkansas. The transfer is immediate because the receiving Court is in the Eighth Circuit too. *Cf. In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2022