## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEVIN O'NEAL MEREDITH**                                                **PLAINTIFF**
**ADC #139383**

**v.**                                     **No. 4:22-cv-1075-DPM**

**GURUN, Officer, Hot Spring**
**County Sheriff's Office and CHANEY,**
**Hot Spring County Sheriff's Office**                        **DEFENDANTS**

### ORDER

Meredith's motion for status, *Doc. 7,* is granted.  The case has been transferred to the Western District of Arkansas.  *Doc. 2.*  The Court directs the Clerk to mail Meredith a copy of the docket sheet and *Doc. 2.*

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 December 2022