IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN O'NEAL MEREDITH
ADC #139383                                                                    PLAINTIFF

v.                              No. 4:22-cv-1075-DPM

GURUN, Officer, Hot Spring
County Sheriff's Office and CHANEY,
Hot Spring County Sheriff's Office                                             DEFENDANTS

## ORDER

Meredith's second motion for status, *Doc. 9*, is granted. The case has been transferred to the Western District of Arkansas. *Doc. 2*. The Court directs the Clerk to mail Meredith a copy of the docket sheet and *Doc. 2* to his new address.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 January 2023